UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:12-CR-00117-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AARON N. BUTLER, II. | ) | |

This matter is before the court on defendant's notice of appeal from the judgment of U.S. Magistrate Judge Robert. B. Jones, Jr. entered 11 October 2012 revoking defendant's term of supervised release. The court has ordered the preparation of a transcript of the revocation hearing within 14 days. Defendant's brief in support of his appeal shall be filed on or before 7 November 2012. The government shall file any brief in response on or before 14 November 2012. If defendant desires to be heard for oral argument, he shall file notice to that effect within 10 days of the date this order is filed, whereupon the Clerk shall set this matter for oral argument on 3 December 2012.

This 18 October 2012.

_____
W. Earl Britt
Senior U.S. District Judge