UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:12-CR-00117-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AARON N. BUTLER, II. | ) | |

Defendant's unopposed motion to dismiss appeal is hereby ALLOWED.

This 8 November 2012.

W. Earl Britt
Senior U.S. District Judge